IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>SYNERGY ACCEPTANCE CORPORATION,<br><br>    Debtor.<br>_____<br><br>E. LYNN SCHOENMANN, Trustee of the Bankruptcy Estate of Synergy Acceptance Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES A. TORCHIA, et al.,<br><br>    Defendants.<br>_____/ | No. C-14-4891 MMC<br><br>[Case No. 11-31712 HLB<br>Adv. Proc. No. 12-3156 HLB]<br><br>**ORDER ADOPTING RECOMMENDATION OF BANKRUPTCY JUDGE; GRANTING DEFENDANTS' MOTION TO WITHDRAW REFERENCE; VACATING CLERK'S NOTICE; SETTING STATUS CONFERENCE** |

    Before the Court is Bankruptcy Judge Hannah L. Blumenstiel's Certification of Readiness for Jury Trial and Recommendation for Withdrawal of the Reference, filed October 22, 2014 in the United States Bankruptcy Court.  Also before the Court is defendants' Motion to Withdraw the Reference, filed in the Bankruptcy Court on October 30, 2014, and plaintiff's Response, filed November 5, 2014 in the Bankruptcy Court, in which plaintiff agrees withdrawal of the reference is appropriate.

//

1  Having read and considered the Bankruptcy Court's recommendation, the motion,
2 and the response, the Court finds, for the reasons stated in the recommendation,
3 withdrawal of the reference is appropriate.[1]  Accordingly, the recommendation is hereby
4 ADOPTED and the motion to withdraw the reference is hereby GRANTED.
5  The parties are hereby DIRECTED to appear for a status conference, to be
6 conducted January 9, 2015, at 10:30 a.m.  The parties shall file a Joint Status Conference
7 Report no later than January 2, 2015.
8  **IT IS SO ORDERED.**

10 Dated:  November 13, 2014

   _____
   MAXINE M. CHESNEY
11 United States District Judge

---

[1] The Clerk's notice, filed November 4, 2014, directing defendants to notice the motion for hearing on the Court's calendar is hereby VACATED.

2