IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>SYNERGY ACCEPTANCE CORPORATION,<br>Debtor<br>_____<br>E. LYNN SCHOENMANN, Trustee of the Bankruptcy Estate of Synergy Acceptance Corporation,<br>   v.<br>JAMES A. TORCHIA, et al.,<br>          Defendants.<br>_____/ | No. C-14-4891 MMC<br><br>**ORDER VACATING HEARING ON PLAINTIFF'S OBJECTIONS TO BANKRUPTCY COURT RULINGS** |

    Before the Court are (1) "Trustee Objections to Bankruptcy Court Rulings on Summary Judgment," (2) "Trustee Objection to Bankruptcy Court Ruling Striking Declaration of Loren Kieve in Support of the Trustee's Motion for Summary Judgment," (3) "Trustee Objection to Bankruptcy Court Ruling on Defendants' Motion to File a Second Amended Answer and Grant of Summary Judgment Based on That Amendment," and (4) "Trustee Objections to Bankruptcy Court Rulings on the Trustee's Motions to Strike Defendants' Summary Judgment Evidence," each filed March 20, 2015.  Defendants have filed an Omnibus Response to the objections, to which the Trustee has replied.

1      Having read and considered the papers filed in support of and in response to the
2 objections, the Court deems the matters suitable for decision on the parties' respective
3 written submissions, and hereby VACATES the hearing scheduled for June 19, 2015.
4      **IT IS SO ORDERED.**

6 Dated: June 16, 2015

                                              MAXINE M. CHESNEY
                                              United States District Judge