IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | No. C-14-4891 MMC |
| SYNERGY ACCEPTANCE CORPORATION, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Debtor | |
| E. LYNN SCHOENMANN, Trustee of the Bankruptcy Estate of Synergy Acceptance Corporation, | |
| v. | |
| JAMES A. TORCHIA, et al., | |
| Defendants. | |

Before the Court is the parties' Joint Case Management Statement, filed August 6, 2015, by which the parties jointly request the Case Management Conference, scheduled for August 14, 2015, be continued in light of the pendency of the Trustee's objections to certain rulings by the Bankruptcy Court and defendants' argument that the Trustee waived the right to object.

Good cause appearing, the Case Management Conference is hereby CONTINUED from August 14, 2015, to October 2, 2015, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than September 25, 2015.

If any party is unavailable on October 2, 2015, the parties, upon a showing of good cause, may seek a continuance to a later date.

**IT IS SO ORDERED.**

Dated: August 11, 2015

_____
MAXINE M. CHESNEY
United States District Judge