IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>SYNERGY ACCEPTANCE CORPORATION,<br>Debtor<br>_____<br>E. LYNN SCHOENMANN, Trustee of the Bankruptcy Estate of Synergy Acceptance Corporation,<br>v.<br>JAMES A. TORCHIA, et al.,<br>    Defendants.<br>_____/ | No. C-14-4891 MMC<br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Before the Court is the parties' Joint Case Management Statement, filed September 25, 2015, by which the parties jointly request the Case Management Conference, scheduled for October 2, 2015, be continued in light of the pendency of the Trustee's objections to certain rulings by the Bankruptcy Court and defendants' argument that the Trustee waived the right to object.

Good cause appearing, the Case Management Conference is hereby CONTINUED from October 2, 2015, to November 20, 2015, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than November 13, 2015.

**IT IS SO ORDERED.**

Dated: September 29, 2015

_____
MAXINE M. CHESNEY
United States District Judge