IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>SYNERGY ACCEPTANCE CORPORATION,<br><br>Debtor<br>_____<br><br>E. LYNN SCHOENMANN, Trustee of the Bankruptcy Estate of Synergy Acceptance Corporation,<br><br>  v.<br><br>JAMES A. TORCHIA, et al.,<br><br>         Defendants.<br>_____/ | No. C-14-4891 MMC<br><br>**ORDER DENYING TRUSTEE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION LIMITING DEFENDANTS' EXPERT WITNESS TESTIMONY** |

Before the Court is the Trustee's "Administrative Motion for Leave to File a Motion Limiting Defendants' Expert Witness Testimony," filed January 29, 2016. Defendants have filed opposition. Having read and considered the parties' respective written submissions, the Court rules as follows.

In her motion, the Trustee, acknowledging that the Court's November 20, 2015, Pretrial Preparation Order provides for all motions in limine to be heard at the Pretrial Conference scheduled for March 8, 2016, requests leave to file one particular motion in limine, by which she seeks to prohibit the admission of certain expert testimony, and to

have such motion heard before the Pretrial Conference. The Trustee fails, however, to show good cause for such modification of the schedule set forth in the Pretrial Preparation Order.

Accordingly, the Trustee's motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated:  February 5, 2016

MAXINE M. CHESNEY
United States District Judge

2