**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. LYNN SCHOENMANN, | No. C -14 - 4891 MMC |
| Plaintiff, | **ORDER for JURY REFRESHMENTS** |
| v. | |
| JAMES TORCHIA, | |
| Defendant. | |

IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the eight (8) members of the jury in the above-entitled matter beginning **April 19, 2016 at 8:00 A.M.** for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.

**IT IS SO ORDERED.**

Dated: April 6, 2016

MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE