IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>SYNERGY ACCEPTANCE CORPORATION,<br>Debtor<br>_____<br>E. LYNN SCHOENMANN, Trustee of the Bankruptcy Estate of Synergy Acceptance Corporation,<br>　　v.<br>JAMES A. TORCHIA, et al.,<br>　　　　Defendants. | Case No. 14-cv-04891-MMC<br><br>**ORDER DIRECTING PARTIES TO FILE UPDATED JOINT STATUS REPORT** |

　　　　Before the Court is "Trustee's Status Report," filed May 27, 2016, and "Defendants' Status Report," filed May 27, 2016. In their respective filings, the parties report that the Northern District of Georgia has placed certain of the defendants herein into receivership, and, in addition, the parties note that the Trustee intends to file in this Court a motion to enforce a settlement agreement between the Trustee and defendants, which motion defendants intend to oppose.

　　　　The parties previously advised the Court that the settlement agreement "must be approved by the Bankruptcy Court." (See Joint Notice, filed April 15, 2016, at 1:28 - 2:1); see also Fed. R. Bankr. P. 9019(a) (providing bankruptcy court with authority to "approve compromise or settlement"). Neither party indicates that a motion for approval has been filed in the Bankruptcy Court, and this Court's review of the Bankruptcy Court's docket indicates no such motion has been filed. Given that any issue as to the enforceability of

the settlement agreement would appear to be premature unless and until the settlement agreement has been approved, the Court hereby DIRECTS the parties to file an Updated Joint Status Report, no later than September 30, 2016, to apprise the Court as to the status of the settlement.

**IT IS SO ORDERED.**

Dated: June 17, 2016

_____
MAXINE M. CHESNEY
United States District Judge